CARL FOULTZ, Respondent, v. THOMAS J. O'CONNOR, Appellant.— Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ. [See 285 App. Div. 993.]

MARY J. CLARK, as Administratrix of the Estate of ALBERT R. CLARK, Deceased, Respondent-Appellant, v. JOHN H. STANNARD, Respondent, and CITY OF ROME, Appellant.— Memorandum: The questions urged upon the motion for reargument were not raised either on the trial or on the appeal and consequently they cannot be considered upon a reargument. Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [See 285 App. Div. 995].

CITY BANK FARMERS TRUST COMPANY (Formerly Known as FARMERS LOAN & TRUST Co.), as Trustee under Deeds of Trust Made by WILLIAM W. ASTOR and Others, and as Trustee under the Will of WALDORF ASTOR, Deceased, Respondent, v. THOMAS FERRARA et al., Appellants.— Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [See 285 App. Div. 999.]

ANTHONY F. VITETTA, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31017.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ. [See 285 App. Div. 1114.]

FRANK GUGLIANO, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31549.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ. [See 285 App. Div. 1114.]

CLYDE FORD, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31551.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ. [See 285 App. Div. 1114.]

In the Matter of the Accounting of WELLES V. MOOT, as Surviving Trustee under the Will of HOYT R. SHEHAN, Deceased, Respondent. WILLIAM J. TREPAGNIER, as Administrator C. T. A. of HENRY H. ROBERTS, Deceased, Appellant; MARY E. G. DAVIS et al., Respondents. — Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [See 285 App. Div. 785.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD NOWICKI, Appellant.— Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [See 285 App. Div. 1114.]